OPINION — AG — ** CHANCELLOR OF HIGHER EDUCATION — EXEMPT FROM CENTRAL PURCHASING ACT ** THOSE STATE AGENCIES OR ENTITIES EXEMPT FROM THE PROVISIONS OF THE CENTRAL PURCHASING ACT PURSUANT TO 74 O.S. 85.3 [74-85.3], DO 'NOT' INCLUDE THE OFFICE OF THE CHANCELLOR OF THE STATE SYSTEM OF HIGHER EDUCATION. (COMPETITIVE BIDDING ACT, SCHOOLS, COLLEGES) CITE: 70 O.S. 3102 [70-3102], 74 O.S. 85.1 [74-85.1] (TODD MARKUM)